Another, Respondents, v. MAX WILLIAMS and Others, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Anthus* v. *Rail Joint Co.* (193 App. Div. 571; affd., 231 N. Y. 557).

DOROTHY E. GOULD, Respondent, v. CITY OF ONEONTA, Appellant.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. ROSA GRECO, Respondent, v. PHILIP DIETZ COAL COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. CAROLINE HICKIE, Respondent, v. TUCKER ELECTRICAL CONSTRUCTION COMPANY and Another, Appellants.— Award modified by deducting therefrom thirteen dollars and thirty-three cents, and as so modified unanimously affirmed, without costs.

RICHARD H. JOHNSON, Respondent, v. FRANCIS PURPURA, Appellant.— Motion granted, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. EDITH L. JONES, Respondent, v. INTERNATIONAL HEATER COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. LEOPOLD KLEIN, Respondent, v. MAJESTIC TAILORING COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. MAGDALENA KNITTLE, Respondent, v. CASSIDY Co., INC., and Another, Appellants.— First award unanimously affirmed. Second award modified by deducting therefrom compensation for thirteen weeks, from April 30, 1923, to August, 1923, amounting to $260 and as so modified unanimously affirmed.

In the Matter of the Judicial Settlement of the Account of HARRIET L. BARDIN, as Executrix, etc., of JAMES H. BARDIN, Deceased, Appellant. MABEL A. STONE, Claimant, Respondent.— Motion of the claimant denied. Decision amended to read as follows: Decree modified by reducing the amount of damages to $240, with interest, and as so modified affirmed, without costs. Opinion *per curiam*, All concur, except McCann, J., dissenting, with an opinion. [Reported in 211 App. Div. 291.] The court finds that the only agreement made by testator was that he would will his property to claimant on condition that she remained with him, that in the year 1911 she married and left his home and did not remain with him; that he did not fail to keep his agreement; that within six years prior to his death she performed services for eighty weeks the reasonable value of which was $240.

In the Matter of the Application of LUCILLE NICOL for an Order of Prohibition against the COMMISSIONER OF EDUCATION OF THE STATE OF NEW YORK to Restrain Him from Entertaining or Acting upon an Appeal Filed with Him under Section 890 of the Education Law* by IRA S. WILE.— Motion denied, with ten dollars costs.

In the Matter of the Alleged Claim of MARY JANE REDMOND, Appellant, against the Estate of KATIE HULTSLANDER SCOON, Deceased. BENAJAH S. CURRAN, Executor, etc., and Another, Respondents.— Decree unanimously affirmed, with costs to the respondent Hall against the claimant.

WILLIAM W. MCCARTHY and Others, Respondents, v. SANTA CLARA LUMBER

---

* Renum. from § 880 by Laws of 1918, chap. 252.— [REP.